# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVARUS GAITHER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STEVEN LAKE, Warden,<br><br>　　　　Respondent. | Case No. 1:18-cv-00758-JLT-HC<br><br>ORDER GRANTING MOTION TO AMEND TO NAME A PROPER RESPONDENT<br>[Doc. No. 7]<br><br>ORDER SUBSTITUTING STEVEN LAKE AS RESPONDENT IN THIS MATTER<br><br>ORDER DIRECTING PETITIONER TO SUBMIT DOCUMENT SIGNED UNDER PENALTY OF PERJURY<br><br>[TEN-DAY DEADLINE] |

After conducting a preliminary screening of the petition, the Court advised Petitioner that he had failed to name a proper respondent, and he had failed to sign his petition under penalty of perjury. The Court granted Petitioner leave to file a motion to amend to name a proper respondent and to submit a document signed under penalty of perjury stating that he submitted the instant petition to the Court.

On June 20, 2018, Petitioner filed a motion to amend the petition to name Steven Lake as Respondent in this matter. Petitioner has named the proper respondent since Steven Lake is the warden at his institution and he has "day-to-day control over" the petitioner. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992). Thus, Petitioner has cured one of the

deficiencies identified in the Court's order. However, the Court cannot proceed with the petition until Petitioner cures the other deficiency by providing a declaration signed under penalty of perjury that he submitted the petition in this case. Petitioner will be provided one final opportunity to cure this deficiency. Failure to do so will result in a recommendation that the petition be dismissed.

**ORDER**

Accordingly, Petitioner's motion to amend and name a proper respondent is **GRANTED**. Steven Lake, Warden, is hereby **SUBSTITUTED** as Respondent in this matter. Petitioner is **GRANTED** ten days from the date of service of this order to submit a document signed under penalty of perjury stating that he submitted the instant petition to the Court.

IT IS SO ORDERED.

Dated: __**July 9, 2018**__         _____**/s/ Jennifer L. Thurston**  
                                                   UNITED STATES MAGISTRATE JUDGE