UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVARUS GAITHER,<br><br>        Petitioner,<br><br>    v.<br><br>STEVEN LAKE, Warden,<br><br>        Respondent. | No. 1:18-cv-00758-LJO-JLT (HC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW PETITION (Doc. No. 9)**<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE**<br><br>**[NO CERTIFICATE OF APPEALABILITY IS REQUIRED]** |

      Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 18, 2018, Petitioner filed a motion to withdraw the petition. Petitioner states the Bureau of Prisons has corrected his jail time credits.

      Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the [petitioner] may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules." In this case, Respondent has not yet filed an answer or other responsive pleading.

1

1 | Therefore, under Rule 41(a)(1), the petition must be dismissed.

The plain language of 28 U.S.C. § 2253(c)(1) does not require a certificate of appealability because an appeal would be from an order dismissing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Accordingly, the Court orders as follows:

1. Petitioner's motion to withdraw the petition is GRANTED;
2. The petition for writ of habeas corpus is DISMISSED;
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file; and,
4. In the event a notice of appeal is filed, no certificate of appealability is required.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **July 20, 2018**          /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE